**Alani Olusegun ARAWOLE,
Plaintiff–Appellant,**

v.

**Sam GAYE, Special Agent; Jeffery Tiburizi, Special Agent; John Jackson, Special Agent; Ernest Donoven, Special Agent; Mr. Bass, Special Agent G/S; Special Agent Fitzpatrick; O. Hanlon, Special Agent; Special Agent Sewell, T.F.O.; Detective Watford, Defendants–Appellees.**

No. 02–6382.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 27, 2002.

Decided Sept. 23, 2002.

Alani Olusegun Arawole, Appellant Pro Se.

Before WIDENER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Alani Olusegun Arawole appeals the district court's order denying relief in this action filed under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Arawole v. Gaye,* No. CA–02–167–PJM (D. Md. filed Feb. 5, 2002; entered Feb. 7, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*